No. 494. ANTHONY ET AL. *v.* VEATCH ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed

924

for the want of a substantial federal question. *George W. Mead* for appellants. *George Neuner,* Attorney General of Oregon, and *Cecil H. Quesseth* and *Carlisle B. Roberts,* Assistant Attorneys General, for Veatch et al.; and *Ben Anderson* for the Columbia River Fishermen's Protective Union et al., appellees.